1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    GEORGE LEE, E-15396,                      )
                                                )
12                   Plaintiff(s),              )        No. C 12-3069 CRB (PR)
                                                )
13        vs.                                   )        ORDER OF TRANSFER
                                                )
14    D. SWINGLE, et al.,                       )        (Docket # 6)
                                                )
15                   Defendant(s).              )
                                                )

16

17            Plaintiff, a state prisoner recently transferred from High Desert State Prison

18    (HDSP) to Salinas Valley State Prison (SVSP), has filed a pro se prisoner complaint

19    under 42 U.S.C. § 1983 alleging that HDSP officials were deliberately indifferent to his

20    medical needs and transferred him to SVSP in retaliation for filing grievances.  He also

21    more recently filed a motion for relief from limited access to the SVSP law library.

22            A substantial part of the events or omissions giving rise to the claims in the

23    complaint occurred, and the defendants named in the complaint reside, in the County of

24    Lassen, which lies within the venue of the Eastern District of California.  See 28 U.S.C.

25    § 84(b).   Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

26            Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28

27    U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for

28    the Eastern District of California.  Plaintiff's motion (docket # 6) for relief from limited

1  access to the SVSP law library is denied without prejudice to renewing in the Eastern

2  District or bringing in a separate prisoner action for denial of access to the courts in this

3  district.

4          The clerk shall transfer this matter and terminate all pending motions as moot.

5  SO ORDERED.

6  DATED:  Aug. 22, 2012

7                                                                CHARLES R. BREYER
                                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  G:\PRO-SE\CRB\CR.12\Lee, G.12-3069.transfer.wpd

28                                            2