IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE LEE, E-15396, | ) | |
| Plaintiff(s), | ) | No. C 12-3069 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| D. SWINGLE, et al., | ) | (Docket # 6) |
| Defendant(s). | ) | |

      Plaintiff, a state prisoner recently transferred from High Desert State Prison (HDSP) to Salinas Valley State Prison (SVSP), has filed a pro se prisoner complaint under 42 U.S.C. § 1983 alleging that HDSP officials were deliberately indifferent to his medical needs and transferred him to SVSP in retaliation for filing grievances. He also more recently filed a motion for relief from limited access to the SVSP law library.

      A substantial part of the events or omissions giving rise to the claims in the complaint occurred, and the defendants named in the complaint reside, in the County of Lassen, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

      Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. Plaintiff's motion (docket # 6) for relief from limited

1 | access to the SVSP law library is denied without prejudice to renewing in the Eastern
2 | District or bringing in a separate prisoner action for denial of access to the courts in this
3 | district.
4 |     The clerk shall transfer this matter and terminate all pending motions as moot.
5 | SO ORDERED.
6 | DATED: Aug. 22, 2012
7 | CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Lee, G.12-3069.transfer.wpd

2